AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TONY R. SMITH, JR.
                Plaintiff

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV506-093

V.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
                Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of October 29, 2007 adopting the Report and Recommendation of the U.S. Magistrate as the opinion of the Court; Judgment is hereby entered Affirming the decision of the Commissioner and this case stands dismissed.

10/29/2007
Date

Scott L. Poff
Clerk

*Mary Anne Hill*
(By) Deputy Clerk

GAS Rev 10/1/03